IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  13-cv-00866-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  July 24, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*

VIAERO WIRELESS,

    Plaintiff,

v.

NOKIA SIEMENS NETWORKS US LLC,

    Defendant.

*Counsel:*

Christian H. Hendrickson

Jared R. Butcher
Steven K. Davidson

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        3:00 p.m.**
Court calls case.  Appearances of counsel.  Christian Hendrickson appears with general counsel for Viaero Wireless.

The court addresses the parties regarding the pending motions before the court.

Discussion between the court and Mr. Hendrickson regarding why **Viaero Wireless' Forthwith MOTION to Deny or Set Evidentiary Hearing on Defendant NSN's "Motion and Brief to Compel Arbitration and to Dismiss or Stay This Proceeding"** [Doc. No. 31, filed 7/18/2013] was filed.  The court informs counsel for Plaintiff that the document should not have been filed as a motion and should have been filed as a sur-reply.  The court notes the opposing party will have the opportunity to respond.

The court moves next to **Defendant Nokia Siemens Networks US LLC's MOTION and Brief to Compel Arbitration and to Dismiss or Stay This Proceeding** [Doc. No. 17, filed 5/31/13].

Mr. Davidson presents oral argument and engages in discussion with the court.

Mr. Hendrickson presents oral rebuttal argument and engages in discussion with the court.

The court cites relevant decisions and case law for the parties.

Discussion between the court and the parties regarding the contract and amendments at issue, which issues, if any, should be subject to arbitration, and the expectation of the soonest possible date that the motion will be decided.

The court advises the parties that it will not issue a ruling from the bench, but will take the motion under advisement.

HEARING CONCLUDED.
**Court in recess**:     **4:38 a.m.**
Total time in court:     1:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.