IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00866-RM-CBS

VIAERO WIRELESS a/k/a NE COLORADO CELLULAR, INC.,
    Plaintiff,
v.

NOKIA SIEMENS NETWORKS US LLC,
    Defendant.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant's Unopposed Motion to Amend Case Caption and Docket.  Pursuant to the Order Referring Case dated April 8, 2013 (Doc. # 8) and the memorandum dated August 20, 2013 (Doc. # 39), this matter was referred to the Magistrate Judge.  Defendant formerly known as Nokia Siemens Networks US LLC has amended its certificate of formation. Its new legally registered name is Nokia Solutions and Networks US LLC. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Defendant's Unopposed Motion to Amend Case Caption and Docket (filed August 20, 2013) (Doc. # 38) is GRANTED.  The Clerk of the Court shall amend the case caption and docket to reflect Defendant's new legally registered name, Nokia Solutions and Networks US LLC.

    DATED at Denver, Colorado, this 21st day of August, 2013.

                                  BY THE COURT:

                                  s/Craig B. Shaffer
                                  United States Magistrate Judge